IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JERI L. SCHRIMPL, | ) | Case No. 07 B 02211 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

### TRUSTEE'S FINAL REPORT

To:    THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES Charles J. Myler, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on February 8, 2007. Charles J. Myler was appointed Trustee on February 8, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of June 30, 2007 is as follows:

| | | |
|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | $10,008.18 |
| b. | DISBURSEMENTS (See Exhibit C) | $0.00 |
| c. | NET CASH available for distribution | $10,008.18 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |

    1. Trustee compensation requested (See Exhibit E)    $1,750.82

    2. Trustee Expenses (See Exhibit E)    $11.40

    3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)    $2,590.00

5. The Bar Date for filing unsecured claims expired on July 11, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. (See Exhibit D) The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | $4,352.22 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $22,161.40 |

7. Trustee proposes that unsecured creditors receive a distribution of 25.521% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $2,590.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,601.40. (See Exhibit G).

9.  A fee of $1,250.00 was paid to debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: July 25, 2007

/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602
105 E. Galena Blvd., 8th Floor
Aurora, IL 60505
(630) 897-8475

## TASKS PERFORMED BY TRUSTEE

A review of the debtor's schedules and interrogation at the Section 341 meeting indicated a possible fraudulent conveyance by the debtor to a group of associates for purchase of a home. The purchase never occurred. The trustee hired counsel who contacted the transferees and arranged for a settlement. Trustee answered questions from creditors and completed all steps necessary to close the estate, including checking claims.

EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-02211 5 | | Trustee: | (330510) | CHARLES J. MYLER |
|---|---|---|---|---|---|
| Case Name: | SCHRIMPL, JERI L. | | Filed (f) or Converted (c): | 02/08/07 (f) | |
| | | | §341(a) Meeting Date: | 03/12/07 | |
| Period Ending: | 07/20/07 | | Claims Bar Date: | 07/12/07 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | Asset Description | Petition/Unscheduled Values | Estimated Net Value | Property Abandoned | Sale/Funds Received | Asset Fully Administered |
|---|---|---|---|---|---|---|
| 1 | Cash | 25.00 | 25.00 | DA | 0.00 | FA |
| 2 | Savings account | 52.50 | 52.50 | DA | 0.00 | FA |
| 3 | Checking account | 60.00 | 60.00 | DA | 0.00 | FA |
| 4 | Household furnishings | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 5 | Books, pictures | 100.00 | 100.00 | DA | 0.00 | FA |
| 6 | Wearing apparel | 450.00 | 450.00 | DA | 0.00 | FA |
| 7 | Jewelry | 150.00 | 150.00 | DA | 0.00 | FA |
| 8 | Term life insurance policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA, Morgan Chase | 11.00 | 11.00 | DA | 0.00 | FA |
| 10 | Tax refund | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 11 | 2003 Chrysler Minivan | 12,400.00 | 12,400.00 | DA | 0.00 | FA |
| 12 | Automatic wheelchair | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 13 | Recovery of fraudulent conveyance (u) | Unknown | 0.00 | | 10,000.00 | 0.00 |
| 14 | INTEREST (u) | Unknown | N/A | | 8.18 | Unknown |
| | **Assets Totals** (Excluding unknown values) | **$19,248.50** | **$19,248.50** | | **$10,008.18** | **$0.00** |

**Major Activities Affecting Case Closing:**
Trustee collected settlement from debtor's sisters from sale of residence


EXHIBIT B

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-02211 5  
**Case Name:** SCHRIMPL, JERI L.  
**Trustee:** (330510)    CHARLES J. MYLER  
**Filed (f) or Converted (c):** 02/08/07 (f)  
**§341(a) Meeting Date:** 03/12/07  
**Claims Bar Date:** 07/12/07  

**Period Ending:** 07/20/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2007    **Current Projected Date Of Final Report (TFR):** June 30, 2007

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-02211 5 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | SCHRIMPL, JERI L. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | 13-7566762 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/20/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/09/07 | {13} | Myler, Ruddy & McTavish Trust Account | Trust account check for escrowed funds from Jay Schrimpl | 1241-000 | 10,000.00 | | 10,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.02 | | 10,003.02 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.16 | | 10,008.18 |

| | | ACCOUNT TOTALS | | 10,008.18 | 0.00 | $10,008.18 |
| | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | Subtotal | | 10,008.18 | 0.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $10,008.18 | $0.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****80-65 | 10,008.18 | 0.00 | 10,008.18 |
| TOTAL - ALL ACCOUNTS | $10,008.18 | $0.00 | $10,008.18 |



EXHIBIT C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Chapter 7
)
JERI L. SCHRIMPL, ) Case No. 07 B 02211
)
        Debtor. ) Judge Manuel Barbosa

## DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $4,352.22 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $5,655.96 |
| Other: | $0.00 |

TOTAL AMOUNT TO BE DISTRIBUTED:   $10,008.18

EXHIBIT D

**DISTRIBUTION REPORT**

| **1. TYPE OF CLAIMS**<br>§726(a) & (b) and §507(a)(1)<br>(Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | **TOTAL AMOUNT OF CLAIMS**<br>$4,352.22 | **FINAL DIVIDEND%**<br>100 |
|---|---|---|
| **CLAIM NO. CREDITOR**<br>Charles J. Myler, Trustee<br>Charles J. Myler, Expenses<br>Myler, Ruddy & McTavish | **AMOUNT OF ALLOWED CLAIM**<br>$1,750.82<br>11.40<br>2,590.00 | **AMOUNT OF DIVIDEND**<br>$1,750.82<br>11.40<br>2,590.00 |

| **2. TYPE OF CLAIMS**<br>§726(a) & (b) and §507(a)(1)<br>(Debtor-in-possession (DIP) administrative expenses) | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
|---|---|---|
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |

| **3. TYPE OF CLAIMS**<br>§507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
|---|---|---|
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |

| **4. TYPE OF CLAIMS**<br>§507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
|---|---|---|
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| | **TOTAL** | **FINAL** |

| | | |
|---|---|---|
| **5. TYPE OF CLAIMS**<br>§507(a)(4) - Contributions<br>to Employee Benefit Plans | **AMOUNT OF CLAIMS**<br>$0.00 | **DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF**<br>**ALLOWED CLAIM**<br>$ | **AMOUNT OF**<br>**DIVIDEND**<br>$ |
| **6. TYPE OF CLAIMS**<br>§507(a)(5) - Farmers'<br>and Fishermans' claims<br>to the extent of $2,000 | **TOTAL**<br>**AMOUNT OF CLAIMS**<br>$0.00 | **FINAL**<br>**DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF**<br>**ALLOWED CLAIM**<br>$ | **AMOUNT OF**<br>**DIVIDEND**<br>$ |
| **7. TYPE OF CLAIMS**<br>§507(a)(6) - Deposits<br>by consumers to the extent<br>of $900 | **TOTAL**<br>**AMOUNT OF CLAIMS**<br>$0.00 | **FINAL**<br>**DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT**<br>**ALLOWED CLAIM**<br>$ | **AMOUNT OF**<br>**DIVIDEND**<br>$ |
| **8. TYPE OF CLAIMS**<br>§724(b) - Tax Liens | **TOTAL**<br>**AMOUNT OF CLAIMS**<br>$0.00 | **FINAL**<br>**DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF**<br>**ALLOWED CLAIM**<br>$ | **AMOUNT OF**<br>**DIVIDEND**<br>$ |
| **9. TYPE OF CLAIMS**<br>§507(a)(7) - Tax claims<br>excluding fines and penalties | **TOTAL**<br>**AMOUNT OF CLAIMS**<br>$0.00 | **FINAL**<br>**DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF**<br>**ALLOWED CLAIM**<br>$ | **AMOUNT OF**<br>**DIVIDEND**<br>$ |
| **10. TYPE OF CLAIMS**<br>§507(a)(8) - Capital<br>Commitments to FDIC, et al. | **TOTAL**<br>**AMOUNT OF CLAIMS**<br>$0.00 | **FINAL**<br>**DIVIDEND %** |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **11. TYPE OF CLAIMS** §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | TOTAL AMOUNT OF CLAIMS $22,161.40 | FINAL DIVIDEND % 25.521 |
| CLAIM NO. CREDITOR 1. American Express Centurion 2. American Express Travel | AMOUNT OF ALLOWED CLAIM $15,945.37 $6,216.03 | AMOUNT OF DIVIDEND $4,069.53 $1,586.43 |
| **12. TYPE OF CLAIMS** §726(a)(3) - Late unsecured claims. | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **13. TYPE OF CLAIMS** §726(a)(4) - Fines/penalties | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **14. TYPE OF CLAIMS** §726(a)(5) - Interest (___% from date of filing to anticipated date of distribution (_____) | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **15. TYPE OF CLAIMS** §726(a)(6) - Surplus to Debtor | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|
| | | | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: July 25, 2007

                                         Charles J. Myler, Trustee, ARDC# 2008602