UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JERI L. SCHRIMPL, | ) | Case No. 07 B 02211 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: Kane County Courthouse, 100 S. Third St., Room 140, Geneva, IL 60134

   On: **November 1, 2007**   Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   Receipts                              $10,008.18

   Disbursements                         $0.00

   Net Cash Available for Distribution   $10,008.18

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $1,750.82 | $11.40 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $2,590.00 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $0%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim $ | Proposed Payment $ |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $22,161.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 25.521%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | American Express Centurion | $15,945.37 | $4,069.53 |
| 2. | American Express Travel | $6,216.03 | $1,586.43 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon the following property at the hearing:


Dated: **October 9, 2007**                             For the Court,


                                                       By:   KENNETH S. GARDNER
                                                             Kenneth S. Gardner
                                                             Clerk of the U.S. Bankruptcy Court
                                                             219 So. Dearborn St., 7th Floor
                                                             Chicago, IL 60604


Trustee:    Charles J. Myler, ARDC#2008602
Address:    105 E. Galena Blvd., 8th Floor
            Aurora, IL 60505
Phone:      630-897-8475
Fax:        630-897-8076

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

2211   Doc 30   Filed 10/09/07   Entered 10/12/07 00:06:16   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1          Date Rcvd: Oct 09, 2007
Case: 07-02211                Form ID: pdf002          Total Served: 25

The following entities were served by first class mail on Oct 11, 2007.
db         +Jeri L. Schrimpl,    309 Red Hawk Rd.,    Hampshire, IL 60140-8264
aty        +Konstantine T. Sparagis,    Law Offices of Konstantine Sparagis P C,    8 S Michigan Ave  27th Fl,
             Chicago, IL 60603-3357
aty        +Mark D McClain,    Law Offices of Konstantine Sparagis, P.C,    8 S. Michigan Avenue,    27th Floor,
             Chicago, IL 60603-3357
tr         +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
             Aurora, IL 60505-3338
11167690   +Allied Interstate,    3000 Corporate Exchange Dr.,    Columbus, OH 43231-7684
11167691   +American Express,    P.O. Box 360002,    Fort Lauderdale, FL 33336-0002
11167692   +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
11354914    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11370874    American Travel Related Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
             Malvern PA 19355-0701
11167694   +Blatt Hasenmiller Liebsker & Moore,    125 S. Wacker Dr., Ste. 400,    Chicago, IL 60606-4440
11167695   +Blatt, Hasenmiller, Leibsker, etc.,    125 S. Wacker Drive,    Suite 400,    Chicago, IL 60606-4440
11167696   +Central DuPage Hospital,    25 N. Winfield Road,    Winfield, IL 60190-1295
11167697   +Citibank,    P.O. Box 688904,    Des Moines, IA 50368-8904
11167698   +Creditors Interchange,    80 Holtz Dr.,    Buffalo, NY 14225-1470
11167699  ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: Fifth Third Bank,    Chicago,    P.O. Box 630778,
             Cincinnati, OH 45263)
11167700   +Liberty Debt Management, Inc.,    1431 Greenway Dr., Ste. 110,    Irving, TX 75038-2534
11167701   +MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
11167702   +Medical Accounting Service,    5626 Frantz Rd., Box 7100,    Dublin, OH 43017-1559
11167704   +Nationwide Credit, Inc.,    P.O. Box 740640,    Atlanta, GA 30374-0640
11167703   +Nationwide Credit, Inc.,    3600 E. University Drive,    Suite B-1350,    Phoenix, AZ 85034-7296
11167705   +Pam Brandon & Terry Stark,    309 Red Hawk Rd.,    Hampshire, IL 60140-8264
11167706   +Revenue Production Management, Inc.,    P.O. Box 830913,    Birmingham, AL 35283-0913
11167707   +Steven B. Coker, M.D.,    900 Jorie Blvd., Ste. 220,    Oak Brook, IL 60523-3846
11167708   +Winfield Laboratory Consultants, SC,    Dept 4408,    Carol Stream, IL 60122-0001
11167709   +Zwicker & Associates, P.C.,    80 Minuteman Road,    Andover, MA 01810-1008

The following entities were served by electronic transmission on Oct 10, 2007.
11167701   +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 10 2007 04:35:06      MBNA America,
             P.O. Box 15137,    Wilmington, DE 19886-5137
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Myler, Ruddy & McTavish
11167693*    +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 11, 2007**          **Signature:** _Joseph Speetjens_